**In re Michael A. GARCIA, Petitioner.**

No. 12–3250.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P. Sept. 27, 2012.

Opinion Filed Oct. 4, 2012.

Michael A. Garcia, Fort Dix, NJ, pro se.

Before: SLOVITER, FISHER and
WEIS, Circuit Judges.

OPINION

PER CURIAM.

Pro se petitioner Michael A. Garcia
seeks a writ of mandamus to compel the
United States District Court for the District
of New Jersey to rule upon his petition
for a writ of habeas corpus pursuant
to 28 U.S.C. § 2241.

Garcia filed his § 2241 petition on November
25, 2011.[1]  In January 2012, he
filed motions for discovery, an evidentiary
hearing, and appointment of counsel.  In
May 2012, the Government had not filed
its response, and Garcia filed a motion for
an order to show cause.  In June, Garcia
filed a motion for summary judgment and
a letter requesting the status of his case.
In August 2012, Garcia filed the instant
petition for writ of mandamus to compel
the District Court to rule on his § 2241
petition.

On September 18, 2012, the District
Court dismissed Garcia's § 2241 petition
without prejudice for failure to exhaust
administrative remedies.  *Garcia v. Zickefoose*,
No. 11–7030, 2012 WL 4120509, Slip
Copy (D.N.J. Sept. 18, 2012).  Because
Garcia has now received the relief he
sought in filing his mandamus petition—
namely, a ruling on his § 2241 petition-we
will deny his mandamus petition as moot.

---

1.  Although the petition was entered on the District Court's docket on December 2, 2011, Garcia is presently incarcerated, and we therefore consider it filed on the date on which it was delivered to prison authorities.
*See Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).